IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

   Plaintiff,

    v.

NORMA A. AVENDANO, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-3391-TWT

ORDER

This is a dispossessory action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remand of the case to the Magistrate Court of Gwinnett County, Georgia. The Court lacks subject matter jurisdiction of this improperly removed dispossessory action. I approve and adopt the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This action is remanded to the Magistrate Court of Gwinnett County, Georgia. The Defendant's Application to Proceed in forma pauperis [Doc. 1] is DENIED. The Defendant's Motion for Emergency Stay [Doc. 2] is DENIED.

T:\ORDERS\10\Federal National Mortgage Association\10cv3391\r&r.wpd

SO ORDERED, this 30 day of November, 2010.

                                           /s/Thomas W. Thrash
                                           THOMAS W. THRASH, JR.
                                           United States District Judge